Lessee of JOB DONOVAN et al. *vs.* JAMES R. DONOVAN, tenant.

A devise of "all my real, and remainder of my estate," without any words of limitation, will carry the fee; if there be nothing in the will to control such a construction. The word "estate" refers to the quantity of interest, as well as the body of the land.

EJECTMENT. Case stated.

Ebenezer Warren, the elder, made his last will and testament in writing, as follows:—

"Item.—I give unto my daughter Betsey Dod, one shilling sterling, and no more of my estate. Item. I give and bequeath unto my daughter Bathsheba Donovan, four dollars, and no more of my estate. Item. I give unto my daughter Sarah Griffith, one shilling, and no more of my estate. I give and bequeath unto my son Benjamin Warren, one dollar and ten cents, and no more of my estate. Item. *I give unto my son Ebenezer Warren, all my rale, and remainder of my estate.* Item. I give unto my daughter Selah Walls, one dollar and ten cents, and no more of my estate. I leave my wife Levina Warren, and Job Donovan, my whole executors of all my estate."

The question was whether Ebenezer Warren, the younger, took an estate in fee, or only a life estate, under the devise to him by the said will. If but a life estate, judgment to be entered for plaintiff; if otherwise, for the defendant.

*Wootten* and *Layton*, for plaintiff, cited, 8 *Johns. Rep.* 141, *Jackson vs. Harris.*

*Houston*, contra, cited, 22 *Law Lib.* 212-20, (*Powel on Devises* 212.)

*The Court.*—The word "estate," as used here, applies to the title as well as the corpus of the land. Ebenezer Warren takes an estate in fee.                   Judgment for defendant.

*Wootten* and *Layton*, for plaintiff.
*Houston*, for defendant.